# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1270.  COREY C. BASS v. CHRISTOPHER J. SIMMONS.**

Corey C. Bass was tried in the City of Forest Park municipal court for the misdemeanor offense of marijuana possession.[1]  The court found Bass guilty, and Bass filed an appeal that was transmitted to Clayton County Superior Court.  Clayton County, in turn, forwarded the record to this Court.  We, however, lack jurisdiction.

As a general rule, the ruling of a municipal court must be appealed – either directly or by certiorari – to the superior court.  See OCGA § 5-4-3 (petition for certiorari to superior court); OCGA § 40-13-28 (defendant convicted of traffic offense has right of appeal to superior court); see also, *Dunn v. Mulling*, 108 Ga. App. 9 (131 SE2d 794) (1963) (defendant in contempt of municipal court petitioned for certiorari in superior court).  If the party is then aggrieved by the decision of the superior court, an application for discretionary appeal may be filed in this Court.  See OCGA § 5-6-35 (a) (1).

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere."  See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988).  Accordingly, this application is hereby TRANSFERRED to the Clayton County Superior Court for disposition.

---

[1] See OCGA § 36-32-6 (a).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 03/31/2014
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*